UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 59843
   LINDA JAMISON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
      SSN XXX-XX-8241

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/15/2005 and was confirmed 01/23/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 09/21/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 412.02 | 2.06 | 412.02 |
| AMERICASH LOANS LLC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| GALWAY FINANCIAL SVC LLC | UNSEC W/INTER | 2695.45 | 185.79 | 2695.45 |
| CENTURION CAPITAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | 660.00 | 45.51 | 660.00 |
| LINEBARGER GOGGAN BLAIR | NOTICE ONLY | NOT FILED | .00 | .00 |
| CORTRUST BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| GUC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MARSHALL DEPT STORE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CERTEGY | NOTICE ONLY | NOT FILED | .00 | .00 |
| ONE IRON VENTURES INC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PIER 1 IMPORTS | UNSEC W/INTER | 625.33 | 43.13 | 625.33 |
| ROSEMARY BUEN | UNSEC W/INTER | 209.50 | 14.94 | 209.50 |
| AT & T BANKRUPCTY | UNSEC W/INTER | 1153.80 | 62.24 | 1153.80 |
| SPRINT PCS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| T MOBILE | UNSEC W/INTER | 217.58 | 15.26 | 217.58 |
| MITCHELL N KAY | NOTICE ONLY | NOT FILED | .00 | .00 |
| T MOBILE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RECEIVABLE COLLECTION OP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CASH STORE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WINSOR PILATES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| JPMORGAN CHASE BANK/BANK | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | 4.77 | .45 | 4.77 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,714.00 | | 2,714.00 |
| TOM VAUGHN | TRUSTEE | | | 528.38 |
| DEBTOR REFUND | REFUND | | | 1.68 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 59843 LINDA JAMISON

```
--------------------------------------------------------------------------------
TRUSTEE                            9,591.89

PRIORITY                                                412.02
        INTEREST                                          2.06
SECURED                                                    .00
UNSECURED                                              5,566.43
        INTEREST                                        367.32
ADMINISTRATIVE                                        2,714.00
TRUSTEE COMPENSATION                                    528.38
DEBTOR REFUND                                             1.68
                              ---------------    ---------------
TOTALS                            9,591.89            9,591.89
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/27/08                    /s/ Tom Vaughn
                                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE